UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| YISRAEL ROSENTHAL, | Case No. 3:19-cv-14193-MAS-TJB |
| Plaintiff, | **DEFENDANT BANK OF AMERICA, N.A.'S SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bank of America, N.A., incorrectly identified in the Complaint as "Bank of America Corporation," by its undersigned counsel, hereby makes the following supplemental disclosure: Bank of America, N.A. is a non-governmental corporate party. Bank of America, N.A. is wholly owned by BANA Holding Corporation ("BANA Holding"). BANA Holding is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH"). BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings"). NB Holdings is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated: New York, New York
August 7, 2019

/s/ *Philip A. Goldstein*
Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
Phone: (212) 548-2167
Fax: (212) 548-2150
pagoldstein@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2019, I caused a true and correct copy of the foregoing Supplemental Rule 7.1 Corporate Disclosure Statement to be filed electronically with the Clerk of the Court using the Court's CM/ECF System, which will transmit a notice of electronic filing to all counsel of record in this action.

           /s/ Philip A. Goldstein
           Philip A. Goldstein
           McGuireWoods LLP

           *Counsel for Defendant Bank of America, N.A.*

119915754_1