IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISRAEL ROSENTHAL,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-v-<br><br>BANK OF AMERICA CORPORATION,<br><br>　　　　　　　　　Defendants. | Civil Case Number: 3:19-cv-14193-MAS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2020 Stipulation of Dismissal, all claims asserted against Defendant **BANK OF AMERICA CORPORATION** in Civil Action No. **3:19-cv-14193-MAS-TJB**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _____ **day of** _____, 2020.

　

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE