IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| YISRAEL ROSENTHAL,<br><br>          Plaintiff,<br><br>     -v-<br><br>BANK OF AMERICA CORPORATION,<br><br>          Defendants. | Civil Case Number:  3:19-cv-14193-MAS-TJB |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' March 17, 2020 Stipulation of Dismissal, all claims asserted against Defendant **BANK OF AMERICA CORPORATION** in Civil Action No. **3:19-cv-14193-MAS-TJB**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** 19th **day of** March **, 2020.**

_____
HONORABLE MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE